UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICIS CAPITAL MASTER FUND, a : Civil Action No.:
Cayman Islands Trust,
: **RULE 7.1 STATEMENT**
Plaintiff,
:
- against -
:
IN TOUCH MEDIA GROUP, INC., a Florida
Corporation, :

Defendant. :

------------------------------------------------------------x



08 CIV. 1084

JUDGE CHIN

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, VICIS CAPITAL MASTER FUND, a Cayman Islands Trust, certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

    None.

Dated: White Plains, New York
       February 1, 2008

                                              _____
                                              Rudolph V. Pino, Jr. (RP 0023)
                                              Thomas E. Healy (TH 4340)
                                              PINO & ASSOCIATES, LLP
                                              Westchester Financial Center
                                              50 Main Street
                                              White Plains, New York 10606
                                              (914) 946-0600
                                              **Attorneys for Plaintiff**
                                              **VICIS CAPITAL MASTER FUND**

TO:   Defendant IN TOUCH MEDIA GROUP, INC.
        205 South Myrtle Avenue
        Clearwater, Florida 33756
        (727) 465-0925

235822.1