AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VICIS CAPITAL MASTER FUND, a Cayman Islands Trust, Plaintiff,

V.

IN TOUCH MEDIA GROUP, INC., a Florida Corporation, Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 1084**

**JUDGE CHIN**



RECEIVED MAR 28 2008 USDC-WP-SDNY

TO: (Name and address of Defendant)

IN TOUCH MEDIA GROUP, INC.
205 South Myrtle Avenue
Clearwater, Florida 33756
(727) 465-0925

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rudolph V. Pino, Jr. (RP 0023)
Thomas E. Healy (TH 4340)
PINO & ASSOCIATES, LLP
Westchester Financial Center
50 Main Street, 7th Floor
White Plains, New York 10606
(914) 946-0600

*Gietzen & Associates*
ORIGINAL PROCESS

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

FEB - 1 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/19/08 |
| NAME OF SERVER (PRINT) Lynda Henderson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: EVA JOSEPHS

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/2008
              Date                    Signature of Server

1302 N. Marion St Tampa Florida 33602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **AFFIDAVIT OF SERVICE**

State of New York        County of Southern        District Court

Index Number: 08 CIV.1084
Date Filed: _____

Plaintiff:
**VICIS CAPITAL MASTER FUND, a Cayman Islands Trust,**

vs.

Defendant:
**IN TOUCH MEDIA GROUP, INC., a Florida Corporation,**

For:
Rudolph Pino
PINO & ASSOCIATES, LLP
50 Main Street
White Plains, NY 10606

Received by GIETZEN & ASSOCIATES on the 7th day of February, 2008 at 9:44 am to be served on **IN TOUCH MEDIA GROUP, INC, 205 SOUTH MYRTLE AVENUE, CLEARWATER, FL 33756**.

I, Lynda S. Herbranson APS #48384, being duly sworn, depose and say that on the **19th day of February, 2008** at **2:47 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT THIRD AMENDED INSTRUCTION FOR FILING AN ELECTRIC CASE OR APPEAL, GUIDELINES FOR ELECTRIC CASE FILING, PROCEDURES FOR ELECTRIC CASE FILING, INDVIDUAL PRACTICES OF JUDGE DENNY CHIN, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, WITH EXHIBITS** with the date and hour of service endorsed thereon by me to EVA JOSEPHS as LEGAL ASSISTANT AUTHORIZED TO ACCEPT of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
SERVICE WAS ATTEMPTED AT GIVEN ADDRESS OF 205 SOUTH MYRTLE AVENUE CLEARWATER, FLORIDA 33756 SUITE IS VACANT THE SIGN IS STILL ON THE DOOR AND THERE IS A FOR LEASE SIGN IN THE WINDOW. CLIENT ADVISED TO ATTEMPT NEW ADDRESS OF 911 CHESTNUT STREET CLEARWATER FLORIDA 33756

I further certify that I am over the age of 18, have no interest in the above action, and am authorized to serve process in the circuit/county it was delivered to.

Subscribed and Sworn to before me on the 21st day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Desarae Gietzen
My Commission DD507760
Expires 03/20/2010

Lynda S. Herbranson APS #48384
Process Server

GIETZEN & ASSOCIATES
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2008000616

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n