AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

VCIS CAPITAL MASTER FUND, a Cayman Islands Trust, Plaintiff,

V.

IN TOUCH MEDIA GROUP, INC., a Florida Corporation, Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-CIV-1084

TO: (Name and address of Defendant)

IN TOUCH MEDIA GROUP, INC.
C/O SECRETARY OF STATE
P.O. Box 6327
Tallahassee, Florida 32314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rudolph V. Pino, Jr. (RP 0023)
Thomas E. Healy (TH4340)
PINO & ASSOCIATES, LLP
Westchester Financial Center
50 Main Street, 7th Floor
White Plains, New York 10606

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  _J. M. McMahon_

DATE   APR 0 9 2008

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                            *Signature of Server*

                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 1084                                              Date Filed: 4/9/2008

Plaintiff:
VCIS CAPITAL MASTER FUND, A CAYMAN ISLANDS TRUST

vs.

Defendant:
IN TOUCH MEDIA GROUP, INC., A FLORIDA CORPORATION

For:
Thomas Healy
Pino & Associates, LLP
50 Main St.
Westchester Financial Center
White Plains, NY 10606

Received by Process Service of America, Inc. on the 10th day of April, 2008 at 10:26 am to be served on **IN TOUCH MEDIA GROUP, INC. C/O SECRETARY OF STATE, 2661 EXECUTIVE CENTER CIRCLE WEST, TALLAHASSEE, FL 32314**.

I, Christopher M. Compton, do hereby affirm that on the **10th day of April, 2008** at **2:40 pm, I:**

**SECRETARY OF STATE:** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial and Exhibit "A"** with the date and hour of service endorsed thereon by me, to: **YVETTE MCGHEE** of the State of Florida, as the designated agent to accept service of process for and on behalf of the within name defendant: **IN TOUCH MEDIA GROUP, INC. C/O SECRETARY OF STATE C/O FLORIDA SECRETARY OF STATE PER F.S. 48.161** and at the same time delivering into the hand of said Secretary of State in his above mentioned official capacity the sum of $8.75 as provided by FS 48.161.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher M. Compton**
Process Server # 101

**Process Service of America, Inc.**
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: 2008007567

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c