# EXHIBIT D

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

VCIS CAPITAL MASTER FUND, a Cayman Islands Trust, Plaintiff,

V.

IN TOUCH MEDIA GROUP, INC., a Florida Corporation, Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CIV-1084

TO: (Name and address of Defendant)

IN TOUCH MEDIA GROUP, INC.
C/O SECRETARY OF STATE
P.O. Box 6327
Tallahassee, Florida 32314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rudolph V. Pino, Jr. (RP 0023)
Thomas E. Healy (TH4340)
PINO & ASSOCIATES, LLP
Westchester Financial Center
50 Main Street, 7th Floor
White Plains, New York 10606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  J.M. McMahon

DATE  APR 0 9 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 1084

Date Filed: 4/9/2008

Plaintiff:
**VCIS CAPITAL MASTER FUND, A CAYMAN ISLANDS TRUST**

vs.

Defendant:
**IN TOUCH MEDIA GROUP, INC., A FLORIDA CORPORATION**

For:
Thomas Healy
Pino & Associates, LLP
50 Main St.
Westchester Financial Center
White Plains, NY 10606

Received by Process Service of America, Inc. on the 10th day of April, 2008 at 10:26 am to be served on **IN TOUCH MEDIA GROUP, INC. C/O SECRETARY OF STATE, 2661 EXECUTIVE CENTER CIRCLE WEST, TALLAHASSEE, FL 32314.**

I, Christopher M. Compton, do hereby affirm that on the **10th day of April, 2008 at 2:40 pm, I:**

**SECRETARY OF STATE:** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial and Exhibit "A"** with the date and hour of service endorsed thereon by me, to: **YVETTE MCGHEE** of the State of Florida, as the designated agent to accept service of process for and on behalf of the within name defendant: **IN TOUCH MEDIA GROUP, INC. C/O SECRETARY OF STATE C/O FLORIDA SECRETARY OF STATE PER F.S. 48.161** and at the same time delivering into the hand of said Secretary of State in his above mentioned official capacity the sum of $8.75 as provided by FS 48.161.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher M. Compton
Process Server # 101

**Process Service of America, Inc.**
**P.O. Box 5848**
**Tallahassee, FL 32314-5848**
**(850) 877-9809**

Our Job Serial Number: 2008007567

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

# EXHIBIT E

# PINO & ASSOCIATES, LLP

**ATTORNEYS AT LAW**

Westchester Financial Center
50 Main Street
White Plains, New York 10606
Telephone (914) 946-0600
Facsimile (914) 946-0650
www.pinolaw.com

**OF COUNSEL**
John R. Altieri**
Hackensack, New Jersey

Rudolph V. Pino, Jr.
Thomas E. Healy*
Frank C. Randazzo
Richard T. Petrillo
John M. Socolow
Brian W. Colistra
Matthew D. Kennedy
Lori F. Graybow
Marc A. Rousseau*
Brian P. Mitchell**

Also Admitted to CT Bar *
Also Admitted to NJ Bar **

April 21, 2008

**VIA CERTIFIED MAIL R. R. R.**

In Touch Media Group, Inc.
205 South Myrtle Avenue
Clearwater, Florida 33756

Re:   Vicis Capital Master Fund v. In Touch Media Group, Inc.
      Civil Action No.: 08-CIV-1084
      P & A Ref. No.: RVP/TEH/8600.2580

Dear Sir or Madam:

We represent Plaintiff, Vicis Capital Master Fund, in connection with the above proceeding. Enclosed are copies of the Plaintiff's Civil Cover Sheet, Summons In A Civil Action, Complaint, and Rule 7.1 Statement. In addition, a copy of correspondence dated April 15, 2008 from the Florida Department of State, Division of Corporations, which indicates that service of process has been accepted on behalf of In Touch Media Group, Inc. and duly filed pursuant to the applicable Florida Statutes is enclosed. If In Touch Media Group, Inc. fails to respond to this Complaint, we will be forced to move for a default judgment against In Touch Media Group, Inc.

Should you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

Thomas E. Healy

TEH:dg
Encl.

cc: Daniel M. Janssen, Esq. (w/encl.)

237384.1



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

April 15, 2008

RUDOLPH V. PINO, JR., ESQ.
WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, 7TH FLOOR
WHITE PLAINS, NY  10606

Pursuant to Florida Statutes, a copy of the process documents was accepted for IN TOUCH MEDIA GROUP, INC., and was filed on April 10, 2008, at 04:00 PM.

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

Only questions concerning the actual filing of the process documents should be directed to our office at (850) 245-6953. All other inquiries should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 908A00022341



PINO & ASSOCIATES
APR 2 1 2008
RECEIVED

Division of Corporations - P.O. BOX 6327 - Tallahassee, Florida 32314

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 1160 0003 6146 5373

Sent To: *In Touch Media Group*
Street, Apt. No.; or PO Box No.: *205 South Myrtle Ave*
City, State, ZIP+4: *Clearwater, Florida 33756*

PS Form 3800, June 2002                See Reverse for Instructions

*Vicis v. In Touch Corp   8600. 2580*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   In Touch Media Group
   205 South Myrtle Ave.
   Clearwater, Florida
   33756

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *E. Hillman*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *Emanel Hillmann*
C. Date of Delivery: 4/3/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0003 6146 5373

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

# PINO & ASSOCIATES, LLP

**ATTORNEYS AT LAW**

Westchester Financial Center
50 Main Street
White Plains, New York 10606
Telephone (914) 946-0600
Facsimile (914) 946-0650
www.pinolaw.com

**OF COUNSEL**
John R. Altieri**
Hackensack, New Jersey

Rudolph V. Pino, Jr.
Thomas E. Healy*
Frank C. Randazzo
Richard T. Petrillo
John M. Socolow
Brian W. Colistra
Matthew D. Kennedy
Lori F. Graybow
Marc A. Rousseau*
Brian P. Mitchell**

Also Admitted to CT Bar *
Also Admitted to NJ Bar **

April 21, 2008

**VIA CERTIFIED MAIL R. R. R.**

Michael T. Cronin, Esq.
911 Chestnut Street
Clearwater, Florida 33756

Re:   Vicis Capital Master Fund v. In Touch Media Group, Inc.
      Civil Action No.: 08-CIV-1084
      P & A Ref. No.: RVP/TEH/8600.2580

Dear Mr. Cronin:

We represent Plaintiff, Vicis Capital Master Fund, in connection with the above proceeding. Enclosed are copies of the Plaintiff's Civil Cover Sheet, Summons In A Civil Action, Complaint, and Rule 7.1 Statement. In addition, a copy of correspondence dated April 15, 2008 from the Florida Department of State, Division of Corporations, which indicates that service of process has been accepted on behalf of In Touch Media Group, Inc. and duly filed pursuant to the applicable Florida Statutes is enclosed. If In Touch Media Group, Inc. fails to respond to this Complaint, we will be forced to move for a default judgment against In Touch Media Group, Inc.

Should you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

Thomas E. Healy

TEH:dg
Encl.

cc: Daniel M. Janssen, Esq. (w/encl.)

237498.1



# FLORIDA DEPARTMENT OF STATE
## Division of Corporations

April 15, 2008

RUDOLPH V. PINO, JR., ESQ.
WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, 7TH FLOOR
WHITE PLAINS, NY  10606

Pursuant to Florida Statutes, a copy of the process documents was accepted for IN TOUCH MEDIA GROUP, INC., and was filed on April 10, 2008, at 04:00 PM.

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

Only questions concerning the actual filing of the process documents should be directed to our office at (850) 245-6953.  All other inquiries should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 908A00022341



**U.S. Postal Service**
**CERTIFIED MAIL, RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: *Michael Cronin Esq*
Street, Apt. No. or PO Box No.: *911 Chestnut Street*
City, State, ZIP+4: *Clearwater FL 33756*

Article number: 7005 1160 0003 6146 5380

PS Form 3800, June 2002    See Reverse for Instructions

---

*Vicisv Jo  8600.2580*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Michael T. Cronin, Esq.*
   *911 Chestnut Street*
   *Clearwater, Florida 33756*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Nancy Haley*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): *N. HALEY*
C. Date of Delivery: *4/28*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0003 6146 5380

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VICIS CAPITAL MASTER FUND, a            :   Civil Action No.: 08 CV 1084-DC
Cayman Islands Trust,
                                        :   **DEFAULT JUDGMENT**
           Plaintiff,
                                        :
    - against -
                                        :
IN TOUCH MEDIA GROUP, INC., a
Florida Corporation,                    :

           Defendant.                   :

-------------------------------------------------------------x

**CHIN, D.J.**

This action having been commenced on February 1, 2008 by the filing of the Summons and Complaint and copies of the Summons and Complaint having been served on Defendant IN TOUCH MEDIA GROUP, INC., on February 19, 2008 and April 9, 2008 by way of their registered agent and the Florida Secretary Of State, and proofs of service having been filed on March 31, 2008 and April 25, 2008, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff VICIS CAPITAL MASTER FUND's Motion for an Order granting Plaintiff VICIS CAPITAL MASTER FUND a Certificate Of Default Pursuant To Local Rule 55.1 and a Default Judgment Pursuant To Local Rule 55.2(b) against Defendant IN TOUCH MEDIA GROUP, INC. in the sum of $1,211,750.00 as of November 30, 2007, as well as additional interest at the default rate of $416.67 per day, its attorney fees and costs, and all other relief to which it may be entitled is granted; and

238125.1

2.  Default Judgment is hereby entered in favor of Plaintiff VICIS CAPITAL MASTER FUND and against Defendant IN TOUCH MEDIA GROUP, INC. in the amount of $1,290,083.96 ($1,211,750.00 plus $78,333.96 for 188 days of interest at the default rate of $416.67 per day); and

3.  Defendant IN TOUCH MEDIA GROUP, INC. is further hereby ordered to pay to Plaintiff VICIS CAPITAL MASTER FUND all reasonable attorney fees and costs incurred by Plaintiff VICIS CAPITAL MASTER FUND with respect to this action.

    **SO ORDERED**

Dated:    New York, New York
          June 6, 2008

_____
DENNY CHIN
United States District Judge

This document was entered on the docket on _____.

238125.1                                    2