UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
VICIS CAPITAL MASTER FUND, a  :   Civil Action No.: 08 CV 1084-DC
Cayman Islands Trust,
                              :   **NOTICE OF MOTION**
       Plaintiff,
                              :
   - against -
                              :
IN TOUCH MEDIA GROUP, INC., a
Florida Corporation,          :

       Defendant.             :

----------------------------------------------------------x



**PLEASE TAKE NOTICE**, that Plaintiff VICIS CAPITAL MASTER FUND will move this Court on June 6, 2008 at the United States District Court, Judge Denny Chin presiding, at the United States District Courthouse, 500 Pearl St., Room 1020 New York, New York 10007 at 10:00 a.m., or as soon thereafter as counsel may be heard for an Order granting Plaintiff VICIS CAPITAL MASTER FUND a Certificate Of Default Pursuant To Local Rule 55.1 and a Default Judgment Pursuant To Local Rule 55.2(b) against Defendant IN TOUCH MEDIA GROUP, INC. in the sum of $1,211,750.00 as of November 30, 2007, as well as additional interest at the default rate of $416.67 per day, its attorney fees and costs, and all other relief to which it may be entitled.

Dated: White Plains, New York
       May 30, 2008

                              _____
                              Rudolph V. Pino, Jr. (RP 0023)
                              Thomas E. Healy (TH 4340)
                              PINO & ASSOCIATES, LLP
                              Westchester Financial Center
                              50 Main Street
                              White Plains, New York 10606
                              (914) 946-0600
                              Attorneys for Plaintiff
                              VICIS CAPITAL MASTER FUND

238112.1

TO: Defendant IN TOUCH MEDIA GROUP, INC.
205 South Myrtle Avenue
Clearwater, Florida 33756
(727) 465-0925
(VIA U.S. POSTAL OVERNIGHT MAIL)

Michael T. Cronin, Esq.
911 Chestnut Street
Clearwater, Florida 33756
(VIA U.S. POSTAL OVERNIGHT MAIL)