## CERTIFICATE OF SERVICE

Thomas E. Healy, certifies under penalty of perjury, that I am not a party to this action, I am over 18 years of age and reside in Yonkers, New York. That on the 30th day of May, 2008, I served the enclosed **NOTICE OF MOTION and AFFIDAVIT OF THOMAS E. HEALY, ESQ. IN SUPPORT OF MOTION FOR A CERTIFICATE OF DEFAULT AND A DEFAULT JUDGMENT PURSUANT TO LOCAL RULES 55.1 AND 55.2(b)** via U.S. Postal Overnight Mail upon:

> Defendant IN TOUCH MEDIA GROUP, INC.
> 205 South Myrtle Avenue
> Clearwater, Florida 33756
>
> Michael T. Cronin, Esq.
> 911 Chestnut Street
> Clearwater, Florida 33756

_____
THOMAS E. HEALY

238140.1