# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

VICIS CAPITAL MASTER FUND, a          :       Civil Action No.: 08 CV 1084-DC
Cayman Islands Trust,
                                      :       **DEFAULT JUDGMENT**
            Plaintiff,
                                      :

      - against -
                                      :

IN TOUCH MEDIA GROUP, INC., a
Florida Corporation,                  :

            Defendant.                :

---------------------------------------------------------x

**CHIN, D.J.**

This action having been commenced on February 1, 2008 by the filing of the Summons

and Complaint and copies of the Summons and Complaint having been served on Defendant IN

TOUCH MEDIA GROUP, INC., on February 19, 2008 and April 9, 2008 by way of their

registered agent and the Florida Secretary Of State, and proofs of service having been filed on

March 31, 2008 and April 25, 2008, and the Defendant not having answered the Complaint, and

the time for answering the Complaint having expired, **IT IS HEREBY ORDERED AND**

**ADJUDGED** as follows:

1.    Plaintiff VICIS CAPITAL MASTER FUND's Motion for an Order granting

      Plaintiff VICIS CAPITAL MASTER FUND a Certificate Of Default Pursuant To

      Local Rule 55.1 and a Default Judgment Pursuant To Local Rule 55.2(b) against

      Defendant IN TOUCH MEDIA GROUP, INC. in the sum of $1,211,750.00 as of

      November 30, 2007, as well as additional interest at the default rate of $416.67

      per day, its attorney fees and costs, and all other relief to which it may be entitled

      is granted; and

238125.1

2.    Default Judgment is hereby entered in favor of Plaintiff VICIS CAPITAL

MASTER FUND and against Defendant IN TOUCH MEDIA GROUP, INC. in

the amount of $1,290,083.96 ($1,211,750.00 plus $78,333.96 for 188 days of

interest at the default rate of $416.67 per day); and

3.    Defendant IN TOUCH MEDIA GROUP, INC. is further hereby ordered to pay to

Plaintiff VICIS CAPITAL MASTER FUND all reasonable attorney fees and

costs incurred by Plaintiff VICIS CAPITAL MASTER FUND with respect to this

action.

**SO ORDERED**

Dated:    New York, New York
June 6, 2008

13

_____
DENNY CHIN
United States District Judge

This document was entered on the docket on

_____.

238125.1                                         2